United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60188
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ERIC TUCKER,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:03-CR-136-1
---------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Eric Tucker pleaded guilty to accessory after the fact of
armed robbery and was sentenced to serve 46 months in prison and
a three-year term of supervised release.  Tucker now appeals his
sentence.  He contends that the district court misapplied the
Sentencing Guidelines and that his sentence is contrary to United
States v. Booker, 543 U.S. 220 (2005).  These arguments are
unavailing.  See United States v. Alonzo, 435 F.3d 551 (5th Cir.
2006); United States v. Mares, 402 F.3d 511, 520 (5th Cir.),

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cert. denied, 126 S. Ct. 43 (2005); United States v. Burton,
126 F.3d 666, 669, 679 (5th Cir. 1997); United States v. Harris,
104 F.3d 1465, 1474-75 (5th Cir. 1997).  The judgment of the
district court is AFFIRMED.